ARTERIA BIBBS,                          )
                                        )
                    Petitioner,         )
                                        )          No. 1:03-CV-189/1:00-CR-84
v.                                      )
                                        )          Judge Curtis L. Collier
UNITED STATES OF AMERICA,               )
                                        )
                    Respondent.         )

## O R D E R

An order and memorandum denying Petitioner Arteria Bibbs' ("Bibbs") motion for post-conviction relief under 28 U.S.C. § 2255 were entered on December 13, 2005 (Court File Nos. 7, 8). Bibbs has subsequently filed a motion for reconsideration (Court File No. 9).

The Court has again reviewed the record and is not persuaded Bibbs' motion for post-conviction relief under 28 U.S.C. § 2255 was erroneously denied. The Court concludes Bibbs has failed to present any additional information which justifies altering or amending the December 13, 2005 memorandum opinion (Court File No. 7). Accordingly, Bibbs' motion to reconsider (Court File No. 9) is **DENIED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**